**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

_____

DEARBORN MID-WEST
COMPANY, LLC and DEARBORN
HOLDING COMPANY, LLC,

        Plaintiffs,

v.	Case No. 22-12114

F M SYLVAN, INC. et al.,

        Defendants.
_____/

**ORDER SETTING PRELIMINARY INJUNCTION HEARING AND RELATED
DISCOVERY DEADLINES AND HOLDING IN ABEYANCE RESPONSIVE PLEADING
AND INITIAL DISCOVERY OBLIGATIONS**

    On September 19, 2022, the court convened the parties for a telephonic status conference, at which counsel for all parties were present except for individual Defendant Ibrahim Eid. The parties advised the court as to the need for a Preliminary Injunction Hearing in this matter and proposed suitable discovery schedules. The court largely adopts Plaintiffs Dearborn Mid-West Company, LLC, and Dearborn Holding Company, LLC's proposed scheduling order with changes as specified below. Accordingly,

    IT IS ORDERED that the parties shall issue written discovery requests on or before **September 30, 2022**, and the parties shall issue responses to written discovery requests by **October 7, 2022**.

    IT IS FURTHER ORDERED that the parties shall exchange witness lists for the Preliminary Injunction Hearing by **October 14, 2022**, and the parties shall exchange their list of witnesses anticipated to testify at the Preliminary Injunction Hearing by **October 19, 2022**.

The court will conduct a Preliminary Injunction Hearing in this matter on **October 26, 2022 at 10:00 am**

IT IS FURTHER ORDERED that the parties' obligations under the Federal Rules of Civil Procedure with respect to responsive pleadings and initial discovery deadlines shall be held in abeyance, pending the proceedings related to the requested preliminary injunction in this matter.

The court directs the parties to engage in good-faith discussions prior to the Preliminary Injunction Hearing, attempting to reach a stipulated stand-still agreement, which addresses Plaintiffs' concerns regarding the use of confidential information while not impeding the legitimate business interests of Defendants.

                                                          s/Robert H. Cleland                 /
                                                          ROBERT H. CLELAND
                                                          UNITED STATES DISTRICT JUDGE

Dated:  September 20, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 20, 2022, by electronic and/or ordinary mail.

                                                          s/Lisa Wagner                     /
                                                          Case Manager and Deputy Clerk
                                                          (810) 292-6522

S:\Cleland\Cleland\EKL\Opinions & Orders\Civil\22-12114.DEARBORNMIDWEST.InterimOrderRegardingPreliminaryInjunction.EKL.docx